No. 5141.—Ex parte, Almodóvar, peticionaria.—C. D. Ponce. Dic. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Con lugar la desestimación por falta de instancia.

No. 793.—Centeno, recurrente, *v.* Registrador de Caguas, recurrido.— Dic. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Confirmada la nota del registrador denegando inscripción de embargo de una plantación de cañas porque hallándose la plantación embargada en finca inscrita a nombre de persona distinta de los deudores demandados, y no constando en los libros del registro que tal plantación sea de las personas a quienes ha sido embargada, procedió correctamente el registrador recurrido al negarse a anotar dicho embargo, de acuerdo con el artículo 20 de la Ley Hipotecaria.